# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 30, 2015

### NO. 03-14-00638-CV

**The City of Austin, Appellant**

**v.**

**Emily Poole, Lynne Shelton, and Mohit Taneja, Individually and as Representatives of All Other Parties Similarly Situated, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED ON AGREED MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on July 11, 2014. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.